ELM BUICK COMPANY, INC. *v.* GEORGE MOORE

The petition by David M. Shea and Raymond J. Devlin, Jr., for leave to file a brief and to argue before this court as amici curiae is granted, provided the brief is filed within thirty days after the printed record is mailed to counsel of record.

Submitted December 28, 1962—decided January 2, 1963

STATE OF CONNECTICUT *v.* NORMAN E. COUTURE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Herbert Watstein,* in support of the petition.

Submitted November 12, 1962—decided January 15, 1963

BAUMERT-MORAN SALES COMPANY, INC. *v.* RED BIRD TRUCK RENTAL CORPORATION

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Lewis J. Somers,* in support of the petition.